UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK J. IVEY,<br>　　　　Plaintiff,<br><br>-v-<br><br>JOHN M. MCHUGH, SECRETARY OF<br>THE ARMY,<br>　　　　Defendant. | )<br>)<br>)　　No. 1:13-cv-433<br>)<br>)　　HONORABLE PAUL L. MALONEY<br>)<br>)<br>)<br>) |

## JUDGMENT

Having granted Defendant's motion for summary judgment and having dismissed all claims, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

　　**THIS ACTION IS TERMINATED.**

　　**IT IS SO ORDERED.**

Date:  September 30, 2014　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge